

November 11, 2019

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2019

**MEMORANDUM ENDORSED**

Re: *Roethlisberger v. Vascular Nutrition, Inc. (1:19-cv-6775-GHW)*

Dear Judge Woods,

We represent Plaintiff, Brian Jamie Roethlisberger, in the above in-captioned case. I have been in touch with Defendant discussing settlement however to this date Defendant has not appeared or responded to the complaint which is past due. Plaintiff filed his request to enter default. We respectfully request that the initial conference scheduled for November 18, 2019 be adjourned so that Plaintiff can file his default motion within the next 30 days.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Brian Jamie Roethlisberger*

Plaintiff's application to adjourn the initial pretrial conference is granted. The Court expects Plaintiff to file any motion for default judgment by December 12, 2019.

Plaintiff is reminded to, in future, abide by the Court's Individual Rules, including Rule 1(E)(2) which requires that a party seeking an adjournment or extension of time must state the number of previous requests for adjournment.

Plaintiff is directed to serve a copy of this order on Defendant in this action and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at docket number 12.
SO ORDERED.

Dated: November 14, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge

